**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ana Lilia GAMBOA–FELIX, Defendant–Appellant.**

No. 03–7238.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2004.

Decided: Aug. 5, 2004.

Mark Francis Fleming, Office of the Federal Public Defender, San Diego, California, for Appellant.

Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk Virginia, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ana Lilia Gamboa–Felix appeals from the denial of her 28 U.S.C. § 2255 (2000) motion to vacate her sentence. An appeal may not be taken to this court from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)

(2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that jurists of reason would find that her constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001).

We have reviewed the record and conclude that Gamboa–Felix has not made the requisite showing. We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*